UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**WILLIAM VANDER PAS,**

    **Plaintiff,**

  **v.**                                                    Case No. 21-CV-728

**NIDEC INDUSTRIAL SOLUTIONS,**

    **Defendant.**

## ORDER DISMISSING CASE

    William Vander Pas sues his former employer, Nidec Industrial Solutions, for discrimination based on age in violation of the Age Discrimination in Employment Act of 1967 (ADEA), 29 U.S.C. §§ 621 to 634, for religious discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 and relevant state law, and for retaliation for opposing religious and age discrimination. (Docket # 1.) Nidec moved to dismiss for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6) or alternatively for failure to exhaust his administrative remedies with respect to the religious discrimination and retaliation claims. (Docket # 10.)

    On December 30, 2021, I granted Nidec's motion to dismiss and dismissed Vander Pas' complaint without prejudice. (Docket # 17.) However, I granted Vander Pas leave to file an amended complaint within fourteen (14) days of the date of the decision. (*Id.*) Vander Pas was warned that failure to timely file an amended complaint would result in dismissal of his complaint with prejudice. (*Id.* at 10.) To date, Vander Pas has not filed an amended

complaint addressing the deficiencies in his complaint. As such, Vander Pas' complaint is dismissed with prejudice and the case is dismissed.

**NOW, THEREFORE, IT IS ORDERED** that plaintiff's complaint is dismissed with prejudice. The clerk of court will enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 25th day of January, 2022.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge